## JOHN G. WATSON, ADMINISTRATOR WITH WILL ANNEXED OF ROBERT GOUIE, DECEASED, *versus* BENJAMIN STEAD

JOURNAL ENTRIES (1821): *Journal 3:* (1) Death suggested \*p. 224; (2) administrator ruled to appear \*p. 258.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) transcript of county court record; (4) recognizance; (5) declaration; (6) precipe for notice to defendant's administrator; (7) sheriff's bill of fees; (8) precipe for discontinuance.

*Office Docket*, MS p. 118, c. 18. (Case 70 of 1820)